IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONTE BREWER**, | ) | CIVIL ACTION NO. 20-1203 |
| Plaintiff, | ) ) | JUDGE JOY FLOWERS CONTI |
| v. | ) ) ) ) ) ) | |
| **K. SHEA, Captain, B. KOVAK, Lieutenant, SHAFFER, Corrections Officer and OWENS, Corrections Officer,** | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

AND NOW this 24th day of March, 2022, for the reasons set forth in the memorandum opinion, it is hereby ORDERED that the motion to dismiss the Second Amended Complaint (ECF No. 39) filed by defendants Shea and Kovak is DENIED. The magistrate judge's R&R (ECF No. 45), to which no objections were filed, is adopted as the opinion of the court as supplemented in the memorandum opinion.

BY THE COURT,

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge